[No. 18298-0-II.   Division Two.   January 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CAROLYN ANN KEALEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-1-00039-7, Randolph Furman, J., entered May 25, 1994. *Affirmed* by unpublished opinion per Fleisher, J. Pro Tem., concurred in by Houghton, A.C.J., and Wiggins, J. Pro Tem.

[No. 13858-5-III.   Division Three.   January 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-1-00172-1, Harold D. Clarke, J., entered February 15, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14275-2-III.   Division Three.   January 23, 1996.]

*In the Matter of the Marriage of* SALLY KAY HARMON, *Respondent, and* THOMAS CLAUD HARMON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 84-3-00249-7, Donald W. Schacht, J., entered July 18, 1994. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14408-9-III.   Division Three.   January 23, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY MICHAEL NIEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-00592-9, Thomas E. Merryman, J., entered October 14, 1994. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J.